**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                    Case No: 13-CR-20947-DT

vs.

RICARDO FONVILLE,

       Defendant
_____/

**ORDER GRANTING MOTION FOR PAUPER STATUS ON APPEAL**

The Plaintiff has filed a Motion for Pauper Status on Appeal on January 8, 2015 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED that the Plaintiff's Motion for Pauper Status on Appeal is **GRANTED.**

                                       S/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated: January 26, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 26, 2015, by electronic and/or ordinary mail.

                                       S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522