UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Criminal Case No. 13-20947
                                              Civil Case No. 17-11791

RICARDO FONVILLE,

    Defendant.
_____/

## ORDER CLOSING CASE IN LIEU OF JUDGMENT

On August 12, 2019 the court entered an order denying Defendant Ricardo Fonville's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of Court close the above-captioned case.[1]

                                                      s/Robert H. Cleland            /
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 12, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 12, 2019, by electronic and/or ordinary mail.

                                                      s/Lisa Wagner                /
                                                      Case Manager and Deputy Clerk
                                                      (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\13-20947.FONVILLE.ClosingCase.docx

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.